No. 87–767. SOLIMAN v. EBASCO SERVICES, INC. C. A. 2d Cir. Motion of respondent for damages denied. Certiorari denied.

No. 87–787. UNIVERSITY OF PITTSBURGH v. JACKSON. C. A. 3d Cir. Motion of respondent for costs and damages denied. Certiorari denied.

No. 87–5748. STEFFENS ET UX. v. WAGON WHEEL ASSOCIATES, INC., ET AL. Ct. App. Colo. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 87–5762. CRAIG v. FLORIDA. Sup. Ct. Fla.;
No. 87–5768. PRESTON v. MISSOURI. Ct. App. Mo., Eastern Dist.;
No. 87–5790. WILLIAMS v. VIRGINIA. Sup. Ct. Va.;
No. 87–5792. ROGERS v. FLORIDA. Sup. Ct. Fla.;
No. 87–5818. POLLARD v. MISSOURI. Sup. Ct. Mo.; and
No. 87–5846. BELL v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.